IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HYKEMIA EVANS : CIVIL ACTION
o/b/o Q.P. (Minor Child) :
 :
v. :
 :
CAROLYN W. COLVIN[1], :
Commissioner of Social Security : NO. 12-0256

## ORDER

AND NOW, this 20 day of May, 2013, upon consideration of Plaintiff's Motion for Summary Judgment, plaintiff's brief in support thereof, and Defendant Commissioner's Response to Plaintiff's Request for Review, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and no objections having been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

BY THE COURT:

WILLIAM H. YOHN, JR., J.

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. See Drogus v. Colvin, 2013 WL 1654809, n.1 (W.D. Pa. Apr. 16, 2013). Pursuant to Fed. R. Civ. P. 25(d), Carolyn W. Colvin is therefore automatically substituted for former Commissioner Michael J. Astrue as defendant in this cause of action. See id.